AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| David Fondots | ) | Case No. 19-MJ-5160-JGD |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  4/22/2015, 6/18/2015 & 7/28/2015  in the county of  Middlesex  in the District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. section 1343 | Wire Fraud |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Laura Smith, Special Agent Federal Bureau of Inves
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **Jun 4, 2019**

*Judge's signature*

City and state:

*Printed name and title*